IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01789-RPM-CBS

JENNIFER VALENZUELA,

    Plaintiff,

v.

NORTHGLENN AMBULANCE, INC.,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate and Reset Current Scheduling Dates is GRANTED, *in part*. The scheduling conference set for **January 14, 2009 at 10:00 a.m.** is CONVERTED to a status conference. Parties are relieved of the deadlines set forth in the court's Order of October 15, 2008 (*doc. #6*).

**DATED:**    December 24, 2008