IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01789-RPM-CBS

JENNIFER VALENZUELA,

     Plaintiff,

v.

NORTHGLENN AMBULANCE, INC.,

     Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS
PLAINTIFF'S THIRD CLAIM FOR RELIEF AND TO WITHDRAW AS MOOT
DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR LACK OF
SUBJECT MATTER JURISDICTION**
_____

     The Court hereby grants the Stipulated Motion to Dismiss Plaintiff's Third Claim for Relief (Violation of § 510 of ERISA, 29 U.S.C. § 1140) with prejudice, with each side to pay its own fees and costs.

     Further, the Court hereby grants the Stipulated Motion to Withdraw as Moot Defendant's Motion to Dismiss Plaintiff's Claims for Lack of Subject Matter Jurisdiction Pursuant to F.R.C.P. 12(b)(1).

     Dated:   April 16th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge