IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01789-RPM-CBS

JENNIFER VALENZUELA,

    Plaintiff,

v.

NORTHGLENN AMBULANCE, INC.,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint *(doc. # 29)* is GRANTED. Plaintiff's Amended Complaint *(doc no. 29-2)*, tendered to the court on April 27, 2009, is accepted for filing as of the date of this order.

**DATED:**    April 30, 2009