**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  08-CV-01789-RPM-CBS

JENNIFER VALENZUELA,

      Plaintiff,

v.

NORTHGLENN AMBULANCE, INC.,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

      Pursuant to the Stipulated Motion for Dismissal with Prejudice [40], filed on June 15, 2009, it is

      ORDERED that this action is  dismissed with prejudice, each party to pay their own costs and attorney fees.

      DATED this 16th day of June, 2009.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge